IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANN MIKO,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>        Defendant. | **8:20CV25**<br><br>**ORDER** |

This matter comes before the Court on the plaintiff's Notice of Case Dismissal with Prejudice (Filing No. 18) of this case. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party bearing its own costs and attorneys' fees.

Dated this 26th day of February, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge